In the Interest of N.W., a minor.

JUVENILE OFFICER, Respondent,

v.

J.P. (Natural Father), Appellant.

No. WD 39180.

Missouri Court of Appeals, Western District.

Feb. 9, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1988.

Sherman A. Botts, Kansas City, for appellant.

Michael Mann, Kansas City, Guardian Ad Litem.

Audrey J. Bimby, Kansas City, for respondent.

Before KENNEDY, C.J., and NUGENT and BERREY, JJ.

PER CURIAM.

### ORDER

Appeal from termination of parental rights, § 211.447.2(1)(b), RSMo 1986.

Judgment affirmed. Rule 84.16(b).